1

2

3                 UNITED STATES DISTRICT COURT

4                 NORTHERN DISTRICT OF CALIFORNIA

5

6

7  ROLAND WILLIAMS,

8              Petitioner,            No. C 08-4449 PJH (PR)

9      v.                            **ORDER OF TRANSFER**

10  JAMES A. YATES, Warden,

11              Respondent.

12  _____/

13         This case was opened when petitioner filed a habeas petition on a preprinted form.

14  His claims, however, are about the conditions of his confinement – medical care – rather

15  than the fact of his confinement or the length of it.  It may be, therefore, that his claims are

16  not properly the proper subject of a habeas action.  *See Moran v. Sondalle*, 218 F.3d 647,

17  650-52 (7th Cir. 2000); *Badea v. Cox*, 931 F.2d 573, 574 (9th Cir. 1991) (civil rights action

18  is proper method of challenging conditions of confinement); *Crawford v. Bell*, 599 F.2d 890,

19  891-92 & n.1 (9th Cir. 1979) (affirming dismissal of habeas petition on basis that challenges

20  to terms and conditions of confinement must be brought in civil rights complaint).

21         If the case is treated as a habeas case, his claims involve the execution of his

22  sentence.  Such claims are preferably heard in the district of confinement, Habeas L.R.

23  2254-3(a); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989), and petitioner is confined

24  at a prison in the Eastern District of California.  If it is treated as a civil rights case, the

25  proper venue also would be the Eastern District, where the putative defendants would be

26  found and where the claims arose.  *See* 28 U.S.C. § 1391(b).  The court therefore need not

27  resolve the question whether this should be treated as a habeas case or a civil rights case,

28  because either way the preferable venue is not this court, but rather the Eastern District.

United States District Court
For the Northern District of California

1   This case therefore is **TRANSFERRED** to the United States District Court for the

2 Eastern District of California.  *See* 28 U.S.C. § 1404(a)..

3   **IT IS SO ORDERED.**

4 Dated: October 31, 2008.   _____

5           PHYLLIS J. HAMILTON
            United States District Judge

26 G:\PRO-SE\PJH\CR.08\WILLIAMS4449.trn.wpd

**United States District Court**
For the Northern District of California